IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CLAUDE B. OAKLEY, ADC #108541                                                    PLAINTIFF

v.                                      NO: 5:15CV00113 JLH

G. CANADA, *et al*.                                                              DEFENDANTS

## ORDER

The parties have filed a joint motion to dismiss this action with prejudice. Document #54.

The motion is GRANTED. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 13th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE